| | |
|---|---|
| 1 | SONYA D. WINNER (SBN 200348) |
| 2 | Email:  swinner@cov.com<br>COVINGTON & BURLING LLP |
| 3 | One Front Street<br>San Francisco, CA 94111-5356 |
| 4 | Telephone:  +1 (415) 591-6000<br>Facsimile:   +1 (415) 955-6572 |
| 5 | |
| 6 | ASHLEY SIMONSEN (SBN 275203)<br>Email:  asimonsen@cov.com |
| 7 | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars |
| 8 | Los Angeles, CA 90067-4643<br>Telephone:  + 1 (424) 332-4800 |
| 9 | Facsimile:   + 1 (424) 332-4749 |
| 10 | Attorneys for Defendant |
| 11 | CELTIC BANK CORPORATION |
| 12 | (Additional counsel listed on signature page) |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BARNABAS CLOTHING, INC., a corporation; and ALEXANDER AQUINO, an individual; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>KABBAGE, INC., a Delaware corporation; CELTIC BANK CORPORATION, a Utah corporation, and DOES 1-100,<br><br>        Defendants. | Civil Case No.: 2:18-cv-3414 PSG (SS)<br><br>**JOINT STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs related to this proceeding and its dismissal.

DATED: December 17, 2018            Respectfully submitted,

MARLIN & SALTZMAN LLP              COVINGTON & BURLING LLP

By: /s/ Adam M. Tamburelli          By: /s/ Ashley Simonsen
    ADAM M. TAMBURELLI                  ASHLEY SIMONSEN

Stanley D. Saltzman (SBN 90058)     Ashley Simonsen (SBN 275203)
Adam M. Tamburelli (SBN 301902)     1999 Avenue of the Stars
29800 Agoura Road, Suite 210        Los Angeles, CA 90067-4643
Agoura Hills, California 91301      Telephone: + 1 (424) 332-4800
Telephone: (818) 991-8080           Facsimile: + 1 (424) 332-4749
Facsimile: (818) 991- 8081          Email: asimonsen@cov.com
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com      SONYA D. WINNER (SBN 200348)
                                    One Front Street
J. Dominick Larry (pro hac vice)    San Francisco, CA 94111-5356
BENESCH, FRIEDLANDER,               Telephone: +1 (415) 591-6000
COPLAN & ARONOFF LLP                Facsimile: +1 (415) 955-6572
333 West Wacker Drive, Suite 1900   Email: swinner@cov.com
Chicago, IL 60606-2211
Ph: 312.212.4949                    ANDREW SOUKUP (pro hac vice)
Fax: 312.757.9192                   One CityCenter
nlarry@beneschlaw.com               850 10th Street Northwest
                                    Washington, DC 20001-4956
Shane R. Heskin (pro hac vice)      Telephone: +1 (202) 662-6000
WHITE AND WILLIAMS, LLP             Facsimile: +1 (202) 778-5529
1650 Market Street                  Email: asoukup@cov.com
One Liberty Place, Suite 1800
Philadelphia, PA 19103              Attorneys for Defendant

| | |
|---|---|
| Telephone: 215.864.6329<br>Facsimile: 215.399.9603<br>heskins@whiteandwilliams.com<br><br>Attorneys for Plaintiffs<br>BARNABAS CLOTHING, INC. and<br>ALEXANDER AQUINO | CELTIC BANK CORPORATION<br><br>DENTONS US LLP<br><br>By:   /s/ Michael J. Duvall<br>        MICHAEL J. DUVALL<br><br>Michael J. Duvall (Bar No. 276994)<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone:   + 1 (213) 623-9300<br>Facsimile:    + 1 (213) 623-9924<br>Email:         michael.duvall@dentons.com<br><br>Nathan L. Garroway (pro hac vice)<br>Jeffrey A. Zachman (pro hac vice)<br>303 Peachtree St. NE, Suite 5300<br>Atlanta, GA 30308<br>Telephone:   +1 (404) 527-4000<br>Facsimile:    + 1 (404) 527-4198<br>Email:  nathan.garroway@dentons.com<br>             jeffrey.zachman@dentons.com<br><br>Attorneys for Defendant<br>KABBAGE, INC. |

Local Rule 5-4.3.4 Certification:  I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Ashley Simonsen
ASHLEY SIMONSEN